Jeffrey Bean,
182 Valley View Lane
Swansea S.C. 29160

United States District Court
for the Distinct of Columbia

Jeffrey Bean,                          )
                                       )
            Plaintiff(s),              ) Case No. 1:05CV02145(CKK)
                                       )
v.                                     ) OBJECTION TO ACTION OF THE CLERK
                                       )
United States                          )
            Defendant.                 )
                                       )

Plaintiff(s), Jeffrey Bean, **OBJECT(S)** to the Clerks refusal to issue summonses in this matter. The clerk has no authority to make legal determinations. Such action constitutes impersonating a judge, a denial of due process and obstruction of justice. The clerk is charged with filing pleadings and issuing summons. The clerk has no authority to determine the validity of a pleading, that is a matter to be determined at hearing by the judge. Plaintiff is entitled as a matter of law to have a summons issued. If there is a defect in the summons that is a matter to be determined upon the objection of the defendant, not a matter to be determined by the clerk sans a hearing. Plaintiff(s) has/have provided the clerk of court with proper summonses properly headed district court of the United States. The clerk has refused to sign and issue the summonses provided by plaintiff(s). The clerk is denying plaintiff(s) due process and obstructing justice by refusing to sign the summonses. Plaintiff(s) is/are unable to serve the complaint and summons on the defendant due to the actions of the clerk. There is no rule requiring plaintiff(s) to use a summons provided by the clerk titled United States District Court for the District of Columbia when the instant matter is required by statute to be filed in the district court of the United States. Inasmuch as the statute requires the matter be filed in the district court of the United States and no preprinted summons with the required title is available the plaintiff(s) prepared and submitted the proper summons with the proper heading which the clerk refuses to sign and return. There is no statutory authority authorizing the clerk to demand that plaintiff(s) allow the conversion of this

matter to United States District Court for the District of Washington and to use summonses with the heading United States District Court for the District of Washington. Such demand is in violation of 26 USC 7433 which mandates that the matter be filed in district court of the United States.

Wherefore, plaintiff(s) request(s) that the court issue its order requiring the clerk to issue the summons as prepared by the plaintiff(s).

Dated November 10, 2005

_____
Jeffrey Bean

# United States District Court

## FOR THE DISTRICT OF COLUMBIA

Jeffrey Bean,

v.

**SUMMONS IN A CIVIL CASE**

Case No.:

United States

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Jeffrey Bean,
182 Valley View Lane,
Swansea S.C. 29160,
803-936-0614

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          _____
          Court Clerk                                              Date

by _____
        Deputy Clerk

RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail #_____,

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ _____.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____      _____
    Jeffrey Bean                                             Date

# United States District Court
## FOR THE DISTRICT OF COLUMBIA

**Jeffrey Bean,**

v.

**SUMMONS IN A CIVIL CASE**

**United States**

Case No.:

To:

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Jeffrey Bean,
182 Valley View Lane,
Swansea S.C. 29160,
803-936-0614

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          _____
         Court Clerk                                  Date

by _____
         Deputy Clerk

## RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # _____

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ _____

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____   _____
    Jeffrey Bean                              Date

RECEIVED
NOV 0 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 2

Jeffrey Bean
182 Valley View Lane
Swansea S.C. 29160

district court of the United States

Jeffrey Bean                              )
                                          ) Case No. 1:05CV02145(CKK)
                                          )
              Plaintiff(s),               ) ORDER
                                          )
v.                                        )
                                          )
United States                             )
              Defendant.                  )

It is hereby ordered that the clerk sign the summonses provided by plaintiff.

Dated _____, 2005



_____
_____Judge