# United States District Court
### FOR THE DISTRICT OF COLUMBIA

Jeffrey Bean,

v.

United States

**SUMMONS IN A CIVIL CASE**

Case No.: 05-2145 CKK

To:

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Jeffrey Bean,
182 Valley View Lane,
Swansea S.C. 29160,
803-936-0614

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
Court Clerk

by *Jawana Davis*
Deputy Clerk

12/16/05
Date

RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7004 1350 0002 9527 2940

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 7.90.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____          January 12, 2006
Jeffrey Bean                                        Date

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>DEC 27 2005 |
| 1. Article Addressed to:<br>Civil Process Clerk<br>Kenneth L. Wainstein<br>United States Attorney<br>District of Columbia<br>555 4th Street NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1350 0002 9527 2940 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |