United States District Court
FOR THE DISTRICT OF COLUMBIA

Jeffrey Bean
125 Donald Street
Sullivan, MO 63080
573-468-3364

Case No. **1:05cv02145(CKK)**

NOTICE OF CHANGE OF ADDRESS

        Plaintiff(s),

v.

United States
        Defendant.

All parties to this action are noticed that plaintiff's address, as shown above, has been changed to:

Jeffrey Bean
125 Donald Street
Sullivan, MO 63080
573-468-3364

Dated February _13_, 2006

_____
Jeffrey Bean

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on defendants' attorney at his/her address of record.

Dated February _13_, 2006

_____
Jeffrey Bean

Jeffrey Bean v. United States.        page 1 of 1 pages        26 U.S.C. §7433 Complaint