IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BEAN, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-02145 (CKK) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | |

## NOTICE OF RELATED CASES

The United States, by and through undersigned, attaches hereto a table listing related cases. Save for the identity of the plaintiff, the complaints in the following cases are substantially identical to that filed in this matter.

| case style | district of residence | judge | date motion filed | date dismissed |
|---|---|---|---|---|
| *Robert H. Anderton v. U.S.*, No. 1:06-cv-129 RBW | E.D. Tex. | Walton | | |
| *Edward J. Armbruster III v. U.S.*, No. 1:05-cv-2375 PLF | E.D. Tex. | Friedman | | |
| *Jeffrey Bean v. U.S.*, No. 1:05-cv-2145 CKK | D.S.C. | Kollar-Kotelly | | |
| *Hamlet C. Bennett v. U.S.*, No. 1:05-cv-2297 RMC | D. Haw. | Collyer | | |
| *Matthew Brandt v. U.S.*, No. 1:05-cv-1613 ESH | C.D. Ill. | Huvelle | 10.28.05 | 01.30.06 |
| *Paul Broward v. U.S.*, No. 1:05-cv-1774 HHK | W.D. Wash. | Kennedy | 01.17.06 | |
| *John Burton v. U.S.*, No. 1:05-cv-2121 RMU | D. Ore. | Urbina | 01.30.06 | |

| case style | district of residence | judge | date motion filed | date dismissed |
|---|---|---|---|---|
| *Sylvester Cain v. U.S.*, No. 1:06-cv-132 RWR | D. Kans. | Roberts | | |
| *Carol Cooper v. U.S.*, No. 1:05-cv-1192 RBW | D. Ariz. | Walton | 11.01.05 | 12.08.05 |
| *Stacy N. and Sharon L. Dubble Davenport v. U.S.*, No. 1:05-cv-2488 RJL | E.D. Pa. | Leon | 02.27.06 | |
| *Richard M. Donnally v. U.S.*, No. 1:05-cv-2049 RMU | W.D. Wash. | Urbina | 01.30.06 | |
| *Paul B. Evans v. U.S.*, No. 1:06-cv-32 JDB | E.D. Wash. | Bates | | |
| *Joseph A. & Elizabeth J. Gaines v. U.S.*, No. 1:05-cv-2326 ESH | D. Nev. | Huvelle | | |
| *Lee F. Garvin v. U.S.*, No. 1:05-cv-1775 RBW | W.D. Okla. | Walton | 01.17.06 | |
| *Eleanor M. Glass v. U.S.*, No. 1:05-cv-2498 ESH | D.N.M. | Huvelle | 02.28.06 | |
| *Brent & Rhonda Gross v. U.S.*, No. 1:05-cv-1818 JR | E.D. Mich. | Robertson | 01.17.06 | |
| *Kenneth D. Guthery v. U.S.*, No. 1:06-cv-176 EGS | M.D. Fla. | Sullivan | | |
| *Kevin Haydel v. U.S.*, No. 1:05-cv-2405 RJL | N.D. Tex. | Leon | | |
| *Kenneth G. & Mary C. Heath*, No. 1:05-cv-2331 EGS | W.D. Mich. | Sullivan | | |
| *William Henry, Jr. v. U.S.*, No. 1:05-cv-2084 ESH | E.D. Mich. | Huvelle | 01.27.06 | |

| case style | district of residence | judge | date motion filed | date dismissed |
|---|---|---|---|---|
| *Grant & Ethel Holyoak v. U.S.*, No. 1:05-cv-1829 HHK | D. Ariz. | Kennedy | | |
| *Calvin Kim v. U.S.*, No. 1:06-cv-103 RMC | D. Haw. | Collyer | | |
| *Lavern Koerner v. U.S.*, No. 1:05-cv-1600 ESH | D. Ariz. | Huvelle | 10.11.05 12.27.05 | |
| *Lavern Koerner v. U.S.*, No. 1:06-cv-24 ESH | D. Ariz. | Huvelle | | |
| *William M. Kramer v. U.S.*, No. 1:05-1659 PLF | N.D. Ill. | Friedman | | |
| *Will H. LaRue v. U.S.*, No. 1:06-cv-61 CKK | D.N.M. | Kollar-Kotelly | | |
| *Stephen J. & Patricia Lindsey v. U.S.*, No. 1:05-cv-1761 RBW | C.D. Cal. | Walton | 12.01.05 | |
| *Wallace Lohmann v. U.S.*, No. 1:05-1976 HHK | D. Minn. | Kennedy | 12.28.05 | |
| *Rudolph Luscher v. U.S.*, No. 1:05-cv-1987 RCL | D. Ore. | Lamberth | | |
| *Gregory Martens v. U.S.*, No. 1:05-cv-1805 RMC | D. Colo. | Collyer | | |
| *Maurita Martin, et al. v. U.S.*, No. 1:05-cv-2506 EGS | D. Idaho | Sullivan | 03.01.06 | |
| *William R. Masterson v. U.S.*, No. 1:05-1807 JDB | M.D. Fla. | Bates | | |
| *Richard L. Mellor v. U.S.*, No. 1:06-cv-116 RCL | N.D. Iowa | Lamberth | | |

| case style | district of residence | judge | date motion filed | date dismissed |
|---|---|---|---|---|
| *Richard & Wilma Metsker v. U.S.*, No. 1:05-2457 RCL | W.D. Mo. | Lamberth | | |
| *Verda Nye v. U.S.*, No. 1:05-cv-2486 RWR | D. Kan. | Roberts | 02.27.06 | |
| *James O'Connor v. U.S.*, No. 1:05-cv-2075 HHK | N.D. Tex. | Kennedy | | |
| *Lawrence Otto v. U.S.*, No. 1:05-cv-2319 GK | D. Minn. | Kessler | 02.23.06 | |
| *Amelia Petersheim v. U.S.*, No. 1:05-cv-1815 RWR | D. Md. | Roberts | 01.20.06 | |
| *Gary Placke v. U.S.*, No. 1:06-cv-26 JR | D. Ariz. | Robertson | | |
| *George & Claudia Pragovich v. U.S.*, No. 1:05-cv-2222 JR | N.D. Ill. | Robertson | | |
| *Charles Radcliffe v. U.S.*, No. 1:05-cv-1624 EGS | D. Colo. | Sullivan | 10.11.05 02.01.06 | |
| *Bart H. Rippl v. U.S.*, No. 1:06-cv-165 RWR | N.D. Ohio | Roberts | | |
| *Ronald N. Romashko v. U.S.*, No. 1:05-cv-2239 CKK | W.D.N.C. | Kollar-Kotelly | | |
| *Dennis Rose v. U.S.*, No. 1:05-cv-1896 PLF | D. Ariz. | Friedman | | |
| *Lawrence & Debra Schafrath v. U.S.*, No. 1:05-cv-1656 GK | N.D. Ohio | Kessler | 10.28.05 | |
| *Robert Scott & Linda Casoria-Scott v. U.S.*, No. 1:05-cv-2043 ESH | S.D. Ala. | Huvelle | 01.30.06 | |

| case style | district of residence | judge | date motion filed | date dismissed |
|---|---|---|---|---|
| *Sandra Shoemaker v. U.S.*, No. 1:05-cv-1736 TFH | D. Colo. | Hogan | 01.17.06 | |
| *Daniel T. and Mary G. Smith v. U.S.*, No. 1:05-cv-2069 CKK | N.D. Fla. | Kollar-Kotelly | | |
| *Robert Seelman v. U.S.*, No. 1:05-2482 PLF | S.D. Ohio | Friedman | | |
| *David & Debra Stinecipher v. U.S.*, No. 1:05-cv-2434 RMU | D.N.M. | Urbina | | |
| *Bruce & Elise Travis v. U.S.*, No. 1:05-cv-1867 RCL | D. Haw. | Lamberth | 12.22.05 | |
| *Daniel & Donna Turner v. U.S.*, No. 1:05-cv-1716 JDB | N.D. Ga. | Bates | 10.25.05 | |
| *Roy A. Watson v. U.S.*, No. 1:06-cv-58 EGS | D. Utah | Sullivan | | |
| *Gregg & Regina Whitfield v. U.S.*, No. 1:05-1961 RWR | C.D. Cal. | Roberts | 03.03.06 | |
| *Isaac Zook v. U.S.*, No. 1:06-cv-164 RWR | E.D. Pa. | Roberts | | |
| 55 cases rec'd to Mar 15, 2006 | | | | |

Indeed, not only are the complaints substantially identical, but some subsequent filings have been identical as well.

DATED: March 15, 2006.

                Respectfully submitted,

                /s/ Beatriz T. Saiz
                BEATRIZ T. SAIZ
                Trial Attorney, Tax Division
                U.S. Department of Justice
                P.O. Box 227
                Ben Franklin Station
                Washington, DC 20044
                Phone/Fax: (202) 307-6585/514-6866
                Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF RELATED CASES was served upon the following individual(s) on March 15, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Jeffrey Bean
>125 Donald Street
>Sullivan, MO 63080

>   /s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ