**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEFFREY BEAN, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-02145 (CKK) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | |

**<u>CERTIFICATE OF SERVICE</u>**

IT IS CERTIFIED that the foregoing MOTION TO DISMISS, supporting

MEMORANDUM,  and proposed ORDER were served upon the following

individual(s) on March 15, 2006, by sending a copy by First Class mail, postage prepaid,

addressed as follows:

Jeffrey Bean
125 Donald Street
Sullivan, MO 63080


      /s/ Beatriz T. Saiz
BEATRIZ T. SAIZ