UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BEAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Civil Action No. 05–2145 (CKK) |

ORDER
(April 14, 2006)

On March 15, 2006, Defendant filed a motion to dismiss in this case. Plaintiff is representing himself, pro se.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

In accordance, this Court wishes to advise Plaintiff that he must respond to Defendant's previously filed motion to dismiss by May 10, 2006. If Plaintiff does not respond, the Court will treat the motion as conceded and dismiss the complaint.

SO ORDERED.

                                                  /s/
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge