IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEFFREY BEAN, | ) |
| Plaintiff, | ) No. 1:05-cv-02145 (CKK) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

UNITED STATES' MOTION FOR AN EXTENSION OF TIME

The United States of America, by and through undersigned counsel, hereby moves the Court for an Order granting the United States' motion for an extension of time to file a reply to the plaintiffs' opposition to the United States' motion to dismiss. A reply is due to be filed on April 20, 2006. The United States requests a ten day extension of time to file its reply, which term shall expire on May 1, 2006.

The additional time is requested since counsel for the United States is awaiting information from the Internal Revenue Service regarding plaintiffs' argument in their opposition that the regulations of the Internal Revenue Service are invalid. Counsel for the United States has been unable to confer with plaintiffs *pro se* – as they failed to provide a telephone number  – to ascertain whether they oppose this motion.

WHEREFORE, the United States respectfully requests that the Court grant the motion for an extension of time and allow the reply to be filed on or before May 1, 2006.

DATE: April 19, 2006

        Respectfully submitted,

        /s/ Beatriz T. Saiz
        BEATRIZ T. SAIZ
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 227
        Ben Franklin Station
        Washington, DC 20044
        Phone/Fax: (202) 307-6585/514-6866
        Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney