IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05-cv-02145 (CKK) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

_____Having considered the UNITED STATES' MOTION FOR AN EXTENSION OF TIME, and any response thereto, it is by the Court

ORDERED that the motion is GRANTED;

ORDERED that the United States file its reply to plaintiffs' opposition to the motion to dismiss on or before May 1, 2006; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this _____ day of _____ 200_____.

_____   _____
                                                                                          UNITED STATES DISTRICT JUDGE

1658424.1

COPIES TO:

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

JEFFREY BEAN
125 Donald Street
Sullivan, MO 63080

1658424.1