IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JEFFREY BEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:05-cv-02145 (CKK) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing UNITED STATES' MOTION FOR EXTENSION OF TIME and proposed ORDER were served this 19th day of April, 2006 by placing true copies and correct copies thereof in the United States mail, postage prepaid, and properly served upon the following:

> Jeffrey Bean
> 125 Donald Street
> Sullivan, MO 63080

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ

1658439.1