

RECEIVED
JUN 0 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Jeffrey Bean,

        Plaintiff(s),

v.

United States

        Defendant.

Case No. **1:05cv02145(CKK)**

ADDENDUM TO COMPLAINT No. 1

This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

This Court has also recognized that an administrative remedy may be inadequate where the administrative body is shown to be biased or has otherwise predetermined the issue before it. (Turner v. United States, _ F. Supp.2d _, 2006 WL 1071852, *3-4 (D.D.C. 2006) (finding, based on Arbaugh v. Y & H Corp., 126 S.Ct. 1235, 1242 (2006) citing Gibson v. Berryhill, 411 U.S. at 575, n. 14; Houghton v. Shafer, 392 U.S. 639, 640 (1968))

Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency

action.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent to plaintiff(s), is a final agency action that articulates a very clear position that the IRS is unwilling to reconsider[1] and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action.

Dated *May 29*, 2006

*/s/ Jeffrey E Bean*
Jeffrey Bean
125 Donald Street
Sullivan, MO 63080

---

[1] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action and for no other purpose.

## CERTIFICATE OF SERVICE

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to: Beatriz Saiz, Trial Attorney, Tax Division, U.S. Dept of Justice, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

Dated _____May 29_____, 2006

_____
Jeffrey Bean



**Internal Revenue Service**
**1973 North Rulon White Blvd.**
**Ogden, UT 84404-0040**

**Department of the Treasury**

Taxpayer Identification Number:
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

Date: April 3, 2006

Person to Contact: Dennis Parizek

JEFFREY E BEAN
182 VALLEY VIEW LN
SWANSEA, SC 29160-8398824

Employee Identification Number: 29-61699

Contact Telephone Number: 866-899-9083

Contact Hours: 7:00 am – 7:00 pm MST Mountain Time

Dear Taxpayer(s):

   This is in reply to your recent correspondence dated 8/16/2005.

   We have determined that the arguments you raised are frivolous and have no basis in law. Federal courts have consistently ruled against such arguments and imposed significant fines for taking such frivolous positions.

   You can obtain IRS Publication 2105, Why Do I Have to Pay Taxes?, from our internet website at www.irs.gov/pub/irs-pdf/p2105.pdf. We also refer you to a document entitled The Truth About Frivolous Tax Arguments. It is also on our website at www.irs.gov/pub/irs-utl/friv_tax.pdf. If you do not have internet access, you can obtain copies of these documents from your local IRS office.

   There are some people who encourage others to violate our nation's tax laws by arguing that there is no legal requirement for them to file income tax returns or pay income taxes. These people base their arguments on legal statements taken out of context and on frivolous arguments that have been repeatedly rejected by federal courts. People who rely on this kind of information can ultimately pay more in taxes, interest and penalties than they would have paid simply by filing correct tax returns.

   People who violate the tax laws also may be subject to federal criminal prosecution and imprisonment. Information about the IRS's criminal enforcement program is available on the internet at www.irs.gov. Once there, enter the IRS keyword: fraud.

   The IRS is working with the United States Department of Justice and state taxing authorities to ensure that all taxpayers pay their lawful share of taxes and to seek criminal indictments or civil enforcement actions against people who promote or join in abusive and fraudulent tax schemes.

   The claims presented in your correspondence do not relieve you from your legal responsibilities to file federal tax returns and pay taxes. We urge you to honor those legal duties.

   If you persist in sending frivolous correspondence, we will not continue to respond to it. Our lack of response to further correspondence does not in any way convey agreement or acceptance of the arguments advanced. If you desire to comply with the law concerning your tax liability, you are encouraged to seek advice from a reputable tax practitioner or attorney.

Letter 3175C (Rev. 2-1-2004)

This letter advises you of the legal requirements for filing and paying federal individual income tax returns and informs you of the potential consequences of the position you have taken. Please observe that the Internal Revenue Code sections listed below expressly authorize IRS employees that act on behalf of the Secretary of the Treasury to: 1.) examine taxpayer books, papers, records, or other data which may be relevant or material; 2.) issue summonses in order to gain possession of records so that determinations can be made of the tax liability or for ascertaining the correctness of any return filed by that person; and 3.) collect any such liability.

General Information on Filing Requirements and Authority to Collect Tax

Title 26, United States Code
    Section 6001  Notice or regulations requiring records, statements, and special returns
    Section 6011  General requirement of return, statement, or list
    Section 6012  Persons required to make returns of income
    Section 6109  Identifying numbers
    Section 6151  Time and place for paying tax shown on returns
    Section 6301  Collection Authority
    Section 6321  Lien for Taxes
    Section 6331  Levy and distraint
    Section 7602  Examination of books and witnesses

INTERNAL REVENUE CODE SECTION 6702 (FRIVOLOUS INCOME TAX RETURN PROVIDES:

CIVIL PENALTY - IF -
   (1) any individual files what purports to be a return of the tax imposed by subtitle A but which -
    (A) does not contain information on which the substantial correctness of the self-assessment may be judged, or
    (B) contains information that on its face indicates that the self-assessment is substantially incorrect; and
   (2) the conduct referred to in paragraph (1) is due to -
    (A) a position which is frivolous, or
    (B) a desire (which appears on the purported return) to delay or impede the administration of Federal income tax law, then such individuals shall pay a penalty of $500.00

PENALTY IN ADDITION TO OTHER PENALTIES. The penalty imposed by subsection (a) shall be in addition to any other penalty provided by law.

If you have questions, please write to us at the address shown at the top of the first page of this letter. Or, you may call us toll free at 1-800-829-8374 between the hours of 7:00 AM and 10:00 PM local time. Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. You may also wish to keep a copy of this letter for your records.

Your telephone number (___)_____ Hours___

Sincerely yours,

*[signature]*

Operations Manager,
Exam SC Support

Letter 3175C (Rev. 3-1-2004)


**IRS** Department of the Treasury
Internal Revenue Service
PO Box 9047 Stop 837
Andover MA 01810-8947

006552.231840.0030.001 2 MB 0.563 1236

JEFFREY BEAN
182 VALLEY VIEW LN
SWANSEA  SC  29160-8398

6553

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.        Use for payments
                        0866000000
BODCD-WBBOD                                       Letter Number:  LTR2801C
                                                  Letter Date  :  2006-03-09
                                                  Tax Period   :  000000

                                                  *303764725*

                                                  JEFFREY BEAN
INTERNAL REVENUE SERVICE                          182 VALLEY VIEW LN
PO Box 9047 Stop 837                              SWANSEA  SC  29160-8398
Andover MA 01810-8947

```
                                              0866000000
                              Mar. 09, 2006  LTR 2801C  W3
                              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  000000 00 000
                                                    33455
```

JEFFREY BEAN
182 VALLEY VIEW LN
SWANSEA  SC  29160-8398

6552

penalty under IRC 6682 for making a false statement about your withholding.

WHAT IF YOU HAVE MORE QUESTIONS?

If you have any questions, you may call the Withholding Compliance Unit, weekdays between the hours of 8:00 a.m. and 8:00 p.m. at 1-866-791-0289

If you prefer, you may write to us at the address shown below:
   Internal Revenue Service
   Compliance Services
   Withholding Compliance Program
   P.O. Box 9047, Stop 837
   Andover, MA 01810-0947

You may also send us the information by fax instead of mail. Our fax number is 978-474-1326. Please include a cover sheet giving the following information:
Date:
Name:
Phone number:
Social Security Number:
Number of faxed pages:

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number (    )_____ Hours_____

                              Sincerely yours,

                              Maureen A. Judge

Enclosures:                          Maureen A. Judge
Form W-4                             Operations Manager, Collection
Notice 853
Envelope

**IRS** Department of the Treasury
Internal Revenue Service

PO Box 9047 Stop 837
Andover MA 01810-0947

In reply refer to: 0866000000
Mar. 09, 2006   LTR 2801C   W3
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   000000 00 000
                              33453
BODC: NOBOD

JEFFREY BEAN
182 VALLEY VIEW LN
SWANSEA  SC  29160-8398

6552

Social Security Number: 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
Employer: SOLECTRON USA INC

Dear JEFFREY BEAN

WHY ARE WE WRITING TO YOU?

Generally, the amount your employer withholds for federal income tax must be based on your Form W-4, Employee's Withholding Allowance Certificate. However, whether you are entitled to claim a complete exemption from withholding or a certain number of withholding allowances is subject to review by the IRS.

We have determined that you are not entitled to claim a complete exemption from withholding or more than a specified number of withholding allowances.

WHAT INSTRUCTIONS DID WE GIVE YOUR EMPLOYER(S)?

We instructed your employer above and any additional employers named on the last page of this letter to disregard the marital status and/or withholding allowances (or claim to complete exemption from withholding) shown on your Form W-4 and withhold income tax from your wages based on the following status and allowances.

    Marital Status: single
    Withholding Allowances: 00

In addition, we have instructed your employer(s) not to honor your current Form W-4 or a new Form W-4 from you, unless the status and/or allowances you claim result in MORE income tax withholding than at the status and allowances shown above.

WHAT DOES THIS CHANGE MEAN?

This change in your marital status and/or withholding allowances will mean an increase in the amount of tax withheld from your wages.

WHAT CAN YOU DO IF YOU DISAGREE?

   - If you disagree with our determination please call us at the number shown below to explain why you are entitled to a marital status and/or number of withholding allowances (or

```
                                                        0866000000
                                    Mar. 09, 2006  LTR 2801C  W3
                                    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  000000  00  000
                                                             33454
```

JEFFREY BEAN
182 VALLEY VIEW LN
SWANSEA SC 29160-8398

complete exemption from withholding) different from that
shown above. Please have the following information available
to discuss. (If you file jointly you must have the same
information available for your spouse)
1. Form W4 and worksheet.
2. Most current pay stub. (If you have more than one job,
   the most current pay stubs for all of your jobs.)
3. Number of allowances you (and your spouse) are currently
   claiming on your form(s) W-4.
4. The number of allowances you (and your spouse) are entitled
   to claim.
5. The Social Security Number and/or dates of birth for any
   children claimed on your return and a copy of your most
   recent Schedule A deductions (if any).

- If you prefer you may write to us at the address shown below.
Please send a written statement to support your claim
explaining why you are entitled to a marital status and/or
number of withholding allowances (or complete exemption from
withholding) different from that shown above.

- In either case if we do not hear from you within 30 days from
the date of this letter, your employer(s) has been instructed
to withhold at the status and allowances shown above. If you
later believe that you are entitled to claim a different
marital status and/or more withholding allowances (or complete
exemption from withholding) than we determined, you can
complete a new Form W-4 and a written statement to support the
claims made on the Form W-4. You must submit the Form W-4 and
the written statement to us at the address shown below.

CAN YOUR EMPLOYER(S) CHANGE YOUR MARITAL STATUS AND/OR INCREASE YOUR
WITHHOLDING ALLOWANCES?

Your employer(s) must disregard any new Form W-4 that you file which
results in less income tax withholding until written notification is
received from us. If the information you give us justifies a change
to the status and/or allowances shown above, we will instruct your
employer(s) to adjust your income tax withholding accordingly.
However, if you give your employer(s) a new Form W-4 that will result
in MORE income tax withholding than at the status and allowances
shown above, your employer(s) must honor it.

CAN YOU BE ASSESSED A PENALTY?

If there is no reasonable basis to justify the marital status and/or
withholding allowances you claimed (or claim to complete exemption
from withholding)on your Form W-4, you may be subject to a $500 civil