IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Jeffrey Bean, | ) |
|        Plaintiff, | ) Case No: 1:05cv02145(CKK) |
| v. | ) |
| UNITED STATES (Government), | ) |
|        Defendant. | ) |

RECEIVED
JUN 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF CONCEDED MOTIONS
## REQUEST FOR ENTRY OF DEFAULT

The record shows that on May 17, 2006 plaintiff filed a Motion for leave to supplement response to dismiss (docket # 19).

The record shows that on June 1, 2006 plaintiff filed an addendum to the complaint (Docket # 20).

The record shows that on June 5, 2006 plaintiff filed an addendum to the complaint (Docket # 21).

Pursuant to LR 7 defendant had 11 days from receipt thereof to respond. The record is silent as to any response whatsoever from defendant. Therefore, as a matter of law the aforementioned motions are conceded.

Wherefore, pursuant to LR 7 plaintiff requests that the Court deem the motions conceded deny defendants' motion to dismiss and grant entry of default in favor of plaintiff forthwith.

Respectfully Submitted

Dated ___June 20___, 2006

CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on:

Beatriz T. Saiz
U.S. Dept of Justice
P.O. Box 277
Washington D.C. 20044

Dated  June 20 , 2006

_____
Jeffrey Bean