UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BEAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Civil Action No. 05–2145 (CKK) |

**ORDER**
(December 4, 2006)

On June 22, 2006, Plaintiff filed a [22] Notice of Conceded Motions in the instant case. Plaintiff is representing himself, <u>pro se</u>. Plaintiff states that two [20, 21] addendums Plaintiff filed to his Complaint have been "conceded" by Defendant by its lack of response to such addendums. Upon examination, these addendums are not in fact motions that require a response from Defendant, but in fact are actually surreplies that have been filed without the consent of the Court. The Court notes that the Local Civil Rules for the United States District Court for the District of Columbia do not provide for the filing of surreplies without the permission of the Court. *See Sokos v. Hilton Hotels Corp.*, 283 F. Supp. 2d 42, 54 n.7 (D.D.C. 2003); *Groobert v. President & Directors of Georgetown College*, 219 F. Supp. 2d 1, 13 n.2 (D.D.C. 2002); *Longwood Village Restaurant, Ltd. v. Ashcroft,* 157 F. Supp. 2d 61, 68 n. 3 (D.D.C. 2001). As such, the Court shall strike from the record all documents filed by Plaintiff that it construes to be surreplies to the pending Motion to Dismiss, including docket entries [20] and [21]. The Court notes that Plaintiff appears to have attached a number of documents to its "addenda" including various letters and notices from the IRS. To the extent that these documents are intended to

amend Plaintiff's Amended Complaint, this request is denied pursuant to Federal Rule of Civil Procedure 15(a), which first requires that a party request permission from the Court to amend its pleadings at this procedural juncture.  See Fed. R. Civ. P. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party . . . .").

    Accordingly, it is, this 4th day of December, 2006, hereby

    ORDERED that the Court shall DENY Plaintiff's [22] Notice of Conceded Motions and Request for Default; it is also

    ORDERED that the Court shall STRIKE docket entries [20] and [21] in the instant case; it is also

    ORDERED that the Clerk's office shall send a copy of this Order to Plaintiff at the following address:  125 Donald Street, Sullivan, MO 63080.

    SO ORDERED.

                                             /s/
                                  COLLEEN KOLLAR-KOTELLY
                                  United States District Judge