

RECEIVED
JAN -9 2007
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Jeffrey Bean

Plaintiff(s),

v.

United States

Defendant.

Case No. 1:05cv02145(CKK)

REQUEST FOR ENLARGEMENT OF TIME TO EFFECT SERVICE

Plaintiff has received an order from the court to reserve his complaint by January 12, 2007. Plaintiff requests an enlargement of time of one month to complete all of the steps and to file a proper return of service with the court.

Dated January 8, 2007

Jeffrey Bean

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing on:

Beatriz T Saiz
Trial Attorney, Tax Division
U.S. Department of Justice P.O. Box 227
Ben Franklin Station
Washington DC 20044

Dated: January 8, 2007

Jeffrey Bean

Robert M Anderton v. United States.      page 1 of 1 pages                Motion for default