UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY BEAN,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Civil Action No. 05-2145 (CKK)

**ORDER**
(January 12, 2007)

*Pro Se* Plaintiff Jeffrey Bean brings this action against Defendant, the United States, pursuant to the Taxpayer Bill of Rights, 26 U.S.C. § 7433 ("TBOR"), alleging that "principals, officers, agents, and/or employees of the Internal Revenue Service," ("IRS") "willfully, recklessly, intentionally or by reason of negligence[,] disregarded and continue to disregard provisions of [the Internal Revenue Code ("IRC"),] Title 26 of the United States Code[,] and the regulations promulgated thereunder . . . ." Am. Compl. at 1-2.[1]

On December 4, 2006, the Court issued an [24] Order ordering that Plaintiff, via someone other than Plaintiff himself, must serve the IRS in accordance with the Federal Rules of Civil Procedure with a summons and the Amended Complaint in the instant case and file with the Court an affidavit of service with proof of service attached by January 12, 2007. The Court also ordered that if Plaintiff failed to properly serve the IRS by January 12, 2007, the Court would dismiss without prejudice the instant case in its entirety. "Plaintiff is advised that if he fails to

---

[1] The Court will cite to the Amended Complaint by page number rather than by paragraph number due to the repetitive paragraph numbering employed in the Amended Complaint.

properly serve the IRS by January 12, 2007, his case shall be dismissed without prejudice, as this instant Order constitutes notice to Plaintiff as required by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4(m) ('If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion *or on its own initiative after notice to the plaintiff,* shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.')." [24] Order at 3-4.

On January 9, 2007, Plaintiff's [26] Request for Enlargement of Time to Effect Service was docketed, in which "Plaintiff requests an enlargement of time of one month to complete all of the steps and to file a proper return of service with the court." Pl.'s Req. at 1.

The Court notes that in its [24] Order dated December 4, 2006, the Court indicated per Federal Rule of Civil Procedure 4(m) that Plaintiff must serve the IRS by January 12, 2007, and that an extension for the time for service would only be given if Plaintiff "shows good cause." *See* Fed. R. Civ. P. 4(m). Plaintiff, in his Request, has not demonstrated any reason, let alone "good cause," for his request for an extension of time. As such, and considering that Plaintiff only has to properly serve the IRS with an already constructed filing, the Court shall give Plaintiff until January 25, 2007, to properly serve the IRS as set forth in the Court's December 4, 2006 [24] Order.

Plaintiff is advised that if he fails to properly serve the IRS by January 25, 2007, his case shall be dismissed without prejudice, as this instant Order constitutes notice to Plaintiff as required by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4(m) ("If service of the

summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion *or on its own initiative after notice to the plaintiff*, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period."). No further extensions shall be granted.

Accordingly, it is, this 12th day of January, 2007, hereby

ORDERED that Defendant's [26] Request for an Enlargement of Time to Effect Service is GRANTED IN PART and DENIED IN PART; it is also

ORDERED that Plaintiff, via someone other than Plaintiff himself, must serve the IRS in accordance with the Federal Rules of Civil Procedure with a summons and the Amended Complaint in the instant case and file with the Court an affidavit of service with proof of service attached by January 25, 2007; it is also

ORDERED that if Plaintiff fails to properly serve the IRS by January 25, 2007, the Court will dismiss without prejudice the instant case in its entirety; it is also

ORDERED that the Court shall grant NO FURTHER EXTENSIONS; it is also

ORDERED that the Clerk's office shall mail a copy of this Order to Plaintiff at the following address: 125 Donald Street, Sullivan, MO 63080.

SO ORDERED.

COLLEEN KOLLAR-KOTELLY
United States District Judge