RETURN OF SERVICE

RECEIVED

This summons was served on the United States by serving:

JAN 2 2 2007

Civil Process Clerk
Jeffery A Taylor
United States Attorney
District of Columbia
5808A Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20001

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

By USPS Express Mail (copy of tracking information attached)

Tracking number  EB 002204987 US

Pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of mailing is $ 14.40      .

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.


Kay D. Bean                              1-19-07
                                         Date

# United States District Court

## FOR THE DISTRICT OF COLUMBIA

**Jeffrey Bean,**

v.

**United States**

**SUMMONS IN A CIVIL CASE**

Case No.: 05-2145 CKK

To:

- ~~Kenneth L. Wainstein~~ *Jeffery A Taylor*
United States Attorney
District of Columbia *5-808A Judiciary Center Building*
~~555 4th Street NW~~ *555 Fourth Street NW*
Washington, District of Columbia ~~20530~~ *20001*

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Jeffrey Bean,
182 Valley View Lane,
Swansea S.C. 29160,
803-936-0614

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**
_____
Court Clerk

12/16/05
_____
/Date

by _Jauana Dunu_
Deputy Clerk

Page 1



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EB00 2204 987U S**
Status: **Delivered**

Your item was delivered at 11:23 AM on January 19, 2007 in
WASHINGTON, DC 20001. The item was signed for by W HAIGHT.

*Additional Details >*     *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    *Go >*

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.    *Go >*



## RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia  20530

By USPS Express Mail (copy of tracking information attached)

Tracking number _EB 002204995 US_

Pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of mailing is $ _14.40_ .

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.


_Kay D. Bean_                      _1-19-07_
                                                        Date

# United States District Court
## FOR THE DISTRICT OF COLUMBIA

**Jeffrey Bean,**

**SUMMONS IN A CIVIL CASE**

**v.**

**United States**

Case No.: *05-2145 CKK*

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Jeffrey Bean,
182 Valley View Lane,
Swansea S.C. 29160,
803-936-0614

an answer to the complaint which is herewith served upon you within sixty (60) days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint. You
must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**NANCY MAYER-WHITTINGTON**
_____
Court Clerk

_12/14/05_
_____
Date

by _Jawana Davis_
_____
Deputy Clerk


**UNITED STATES POSTAL SERVICE** ®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EB00 2204 995U S**
Status: **Delivered**

Your item was delivered at 10:48 AM on January 19, 2007 in
WASHINGTON, DC 20530 to JUSTICE 20530 PU . The item was signed
for by A JENNINGS.

*Additional Details >*     *Return to USPS.com Home >*

Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    *Go >*

### Proof of Delivery

Verify who signed for your item by email, fax, or mail.    *Go >*

Track & Confirm

Enter Label/Receipt Number.

---

EB 002204995 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE ®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

| DELIVERY (POSTAL USE ONLY) | | | |
|---|---|---|---|
| Delivery Attempt | Time | ☐ AM | Employee Signature |
| Mo.    Day | | ☐ PM | |
| Delivery Attempt | Time | ☐ AM | Employee Signature |
| Mo.    Day | | ☐ PM | |
| **Delivery Date** | Time | ☐ AM | Employee Signature |
| Mo.    Day | | ☐ PM | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ **WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if
customer requests waiver of signature.
I wish delivery to be made without obtaining signature
of addressee or addressee's agent (if delivery employee
judges that article can be left in secure location) and I
authorize that delivery employee's signature constitutes
valid proof of delivery.

| NO DELIVERY | | |
|---|---|---|
| ☐ Weekend | Holiday ☐ | Mailer Signature |

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| | ☐ Next ☐ 2nd ☐ 2nd Del Day | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| Mo.   Day   Year | Month    Day | $ |
| Time Accepted | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| ☐ AM | ☐ Noon  ☐ 3 PM | $ | $ |
| ☐ PM | Military | Total Postage & Fees |
| Flat Rate ☐ or Weight | ☐ 2nd Day  ☐ 3rd Day | $ |
| lbs.    ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

**FROM: (PLEASE PRINT)**    PHONE (    )_____

**TO: (PLEASE PRINT)**    PHONE (    )_____

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**

Visit **www.usps.com**

Call 1-800-222-1811

*EMS*