IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BEAN, ) | |
| ) | |
| Plaintiff, ) | No. 1:05-cv-02145 (CKK) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. | |

**PRAECIPE WITHDRAWING PERSONAL JURISDICTION ARGUMENT OF THE UNITED STATES' MOTION TO DISMISS**

The United States hereby notifies the Court that the United States is withdrawing its personal jurisdiction argument included in the motion to dismiss as plaintiff has complied with the Court's Order of January 12, 2007.  Nonetheless, the United States still asserts – and incorporates herein its motion to dismiss– that the case should be dismissed under Fed. R. Civ. P. 12(b)(1) and (6).

DATED: March 15, 2007.                     Respectfully submitted,

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Phone/Fax: (202) 307-6585/514-6866
Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BEAN, ) | |
| ) | |
| Plaintiff, ) | No. 1:05-cv-02145 (CKK) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing PRAECIPE WITHDRAWING PERSONAL JURISDICTION ARGUMENT OF THE UNITED STATES' MOTION TO DISMISS was served upon the following individual on March 15, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Jeffrey Bean
> 125 Donald Street
> Sullivan, MO 63080

        /s/ Beatriz T. Saiz
        BEATRIZ T. SAIZ

-2-