**RECEIVED**
MAY 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jeffrey Bean | Case No. 1:05cv02145(CKK) |
| Plaintiff(s), | |
| v. | REQUEST FOR CLERKS ENTRY OF DEFAULT |
| United States | |
| Defendant. | |

The record shows that the Court ordered the defendant to answer/respond to plaintiff's amended complaint on April 10, 2007. As of this date plaintiff has not so responded. Therefore, plaintiff requests that the clerk enter default in favor of plaintiff.

Dated _May 20_, 2007

_____
Jeffrey Bean

Jeffrey Bean v. United States.   page 1 of 1 pages   Motion for default

*[Handwritten note:]* Let it be filed. Request for entry of default denied without prejudice as the time for the defendant to respond to the amended complaint ("second amended complaint") has not yet expired. That date would be June 11, 2007.

Judge C Kollar-Kotelly
May 30, 2007.