IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BEAN, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-02145 (CKK) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS SECOND AMENDED COMPLAINT, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on June 7, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Jeffrey Bean
>125 Donald Street
>Sullivan, MO 63080

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ