UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY BEAN,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

Civil Action No. 05–2145 (CKK)

**ORDER**
(June 11, 2007)

On June 7, 2007, Defendant filed a motion to dismiss in this case. Plaintiff is representing himself, pro se. In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

In accordance, this Court wishes to advise Plaintiff that he must respond to Defendant's previously filed motion to dismiss by July 5, 2007. If Plaintiff does not respond, the Court will treat the motion as conceded and dismiss the complaint.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge