RECEIVED
JUL 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jeffrey Bean | | Case No. 1:05cv02145(CKK) |
| | Plaintiff(s), | |
| | | MOTION TO AMEND |
| v. | | |
| United States | | |
| | Defendant. | |

Plaintiff requests leave of court to file a third amended complaint.

Defendant has yet to file a pleading in this matter. A motion to dismiss is not a pleading. As such it does not bar the plaintiff from amending his complaint. Plaintiff is a pro se and is entitled to more liberal treatment and until defendant files a "pleading" is entitled to amend his complaint until he gets his complaint right.

Defendant continues to point out that plaintiff's complaint is not correct. Therefore until defendant files a "pleading" plaintiff is entitled to make corrections to his complaint by way of amendment until he gets it right.

Wherefore, the Court should grant this motion.

Dated __July 21__, 2007

_____
Jeffrey Bean