IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BEAN, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-02145 (CKK) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | |

## **ORDER**

Having considered the PLAINTIFF'S MOTION TO AMEND and the UNITED STATES' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND, it is by the Court

ORDERED that the motion is DENIED; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this ____ day of _____ 2007.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

JEFFREY BEAN
125 Donald Street
Sullivan, MO 63080