IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY BEAN, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-02145 (CKK) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND and proposed ORDER were served upon the following individual on August 22, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Jeffrey Bean
> 125 Donald Street
> Sullivan, MO 63080

> /s/ Beatriz T. Saiz
> BEATRIZ T. SAIZ