**RECEIVED**
SEP 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jeffrey Bean

        Plaintiff(s),

v.

United States

        Defendant.

Case No. 1:05cv02145(CKK)

PLAINTIFF'S RESPONSE TO DEFENDANTS' OPPOSITION DKT#37

Plaintiff responds to United States Opposition to Plaintiff's Motion to Amend..

United States argues in its Opposition to Plaintiff's Motion to Amend that the court lacks subject matter jurisdiction to grant the relief requested by plaintiff because plaintiff's third amended complaint is based upon a belief that the assessment of any tax was improper. In a deliberate attempt to mislead the court counsel willfully and intentionally mis characterizes plaintiff complaint as an improper attempt to challenge the underlying tax liability.

Plaintiff's third amended complaint clearly sets forth twenty four counts under IRC Section 6300 clearly establishing a valid claim under section 7433.

Further counsel attempts to characterize count 24 as one alleging an improper assessment when count 24 clearly alleges that NO assessment has been made. The complete absence on an assessment is not an improper assessment by any stretch of the imagination.

Defendant has yet to file a pleading into this matter. The briefs filed by counsel do not constitute pleadings (see Rule 8). Until defendant files a pleading plaintiff is entitled to amend his complaint until he gets it right.

Wherefore plaintiff requests the honorable court to allow plaintiff's third amended complaint to be filed and require defendant to answer same.

Dated September 14, 2007

*Jeffrey Bean* /s/
Jeffrey Bean

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing on:

Beatriz T Saiz
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington DC 20044

Dated: September 14, 2007

*Jeffrey Bean* /s/
Jeffrey Bean