**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JEFFREY BEAN,

    Plaintiff,

    v.                                                             Civil Action No. 05-2145 (CKK)

UNITED STATES,

    Defendant.

**ORDER**
(March 16, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 16th day

of March, 2008, hereby

**ORDERED** that Defendant's [32] Motion to Dismiss Plaintiff's Second Amended

Complaint is GRANTED and Plaintiff's Second Amended Complaint is DISMISSED in its

entirety; it is further

**ORDERED** that Plaintiff's [36] Motion for Leave to Amend is DENIED as futile; it is

further

**ORDERED** that the instant case, is DISMISSED in its entirety with prejudice.

**SO ORDERED.**

*This is a final, appealable order.*

                               /s/
                            COLLEEN KOLLAR-KOTELLY
                            United States District Judge